SWINT, ADM'R *vs.* CENTRAL RAILROAD *et al.*

CASE, FROM CHATHAM. New Trial. Presumptions. (Before Judge Adams.)

Jackson, C. J.—The presiding judge being dissatisfied with the verdict, and having granted a first new trial, one ground of the motion

being that the verdict was contrary to law and evidence, this court will not control his discretion in so doing; nor will it closely scan any views of the law expressed by the judge in granting the new trial, the presumption being that on the second hearing, he will correct his own errors, if any.

Judgment affirmed.

P. H. Brewster; W. A.Post; Lester & Ravenel, for plaintiff in error.
Lawton & Cunningham; Jos. B. Cumming, for defendants.